**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

**NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' DEFINED BENEFIT PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' DEFINED CONTRIBUTION PENSION
FUND, NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' HEALTH FUND, NORTH
CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' VACATION FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF CARPENTERS'
APPRENTICESHIP & JOURNEYMAN TRAINING
FUND, LABOR MANAGEMENT COOPERATION
TRUST OF NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS, CONTRACT
ADMINISTRATION FUND and BRIAN GENTRY
(in his capacity as trustee),**

**NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,**

**Plaintiffs,**

**v.**                                                  **Case No.  10-CV-728**

**CHRISTENSEN DRY WALL & PLASTER, INC.
and RICK E. CHRISTENSEN,**

**Defendants.**

---

**ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT CHRISTENSEN DRY WALL & PLASTER, INC.**

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, North Central States Regional Council of Carpenters' Defined Benefit Pension Fund, North Central States Regional Council of Carpenters' Defined Contribution Pension Fund, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional

Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust of North Central States Regional Council of Carpenters, Brian Gentry, North Central States Regional Council of Carpenters, and Contract Administration Fund, recover from the Defendant Christensen Dry Wall & Plaster, Inc. the sum of $32,889.01 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this _30th_ day of _March_____, 2011.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this _30th_ day of _March_____, 2011.

_____
U. S. District Court Judge